USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2023

# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**             Tel: 718-740-1000
Email: abdul@abdulhassan.com             Fax: 718-740-2000
*Employment and Labor Lawyer*             Web: www.abdulhassan.com

June 3, 2023      SO ORDERED.

**Via ECF**

Hon. Jennifer H. Rearden, USDJ      Jennifer H. Rearden, U.S.D.J.
United States District Court, SDNY      Date: June 6, 2023
500 Pearl Street, Courtroom 12-D
New York, NY 10007

<u>**Re: Duran v. Amsterdam 1883-1887 LLC et al**</u>
**Case No. 22-CV-07425 (JHR)(VF)**
**Motion for Extension of Time**

Dear Judge Rearden:

     My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief one-week extension to June 9, 2023 for the parties to notify the Court "whether th[e]y would like a referral, for settlement purposes, to the magistrate judge designated on this matter or to the Southern District's mediation program." This request is being made because certain settlement language has been worked out but is subject to final client approval and we expect a signed settlement agreement very shortly.

     I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Defense counsels via ECF**

1