# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                  Tel: 718-740-1000
Email: abdul@abdulhassan.com           Fax: 718-740-2000
*Employment and Labor Lawyer*          Web: www.abdulhassan.com

June 14, 2023

**Via ECF**

Hon. Jennifer H. Rearden, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom 12-D
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2023
```

<u>Re: Duran v. Amsterdam 1883-1887 LLC et al</u>
Case No. 22-CV-07425 (JHR)(VF)
**Motion for Extension of Time**

Dear Judge Rearden:

      My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the June 14, 2023, deadline for the parties to provide the Court with a status report as per Your Honor's May 30, 2023, Order. This request is being made because the parties are very close to a settlement but need additional time to finalize. No prior request for an extension of this deadline was made.

      We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Defense counsels via ECF**

Application GRANTED. The deadline to submit the status report is extended to June 30, 2023.

SO ORDERED.

*[signature]*

Jennifer H. Rearden, U.S.D.J.
Date: June 16, 2023

1