# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427
~~~~~

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
***Employment and Labor Lawyer***

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com


**October 5, 2023**

**Via ECF**

Hon. Jennifer H. Rearden, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom 12-D
New York, NY 10007

**Re: Duran v. Amsterdam 1883-1887 LLC et al**
**Case No. 22-CV-07425 (JHR)(VF)**
**Motion to Expedite**

Dear Judge Rearden:

My firm represents plaintiff Biondys Duran ("Plaintiff") in the above-referenced action, and I write on his behalf to respectfully request an expedited disposition of the motion for approval of the settlement in this action which was filed via ECF on July 20, 2023. (ECF No. 30).

This request is being made because the settlement is tied to certain housing court proceedings involving the parties (ECF No. 30-1 ¶ 3), and there is an upcoming appearance in the housing court case on or about October 19, 2023, which was previously adjourned already – the Plaintiff would also like to start receiving the settlement money given his financial situation. Of course, the Court will ultimately decide in its discretion how to handle its docket, but an expedited disposition would be very helpful to all parties.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan_____________

By: Abdul K. Hassan, Esq.

**cc: Defense Counsel via ECF**
~~~~~